1376

GUSTAVE E. ANDERSON, TRUSTEE UNDER THE WILL OF JOHN ANDERSON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 32561.   Promulgated March 14, 1928.

*A. E. James, Esq.*, for the petitioner.
*A. S. Lisenby, Esq.*, for the respondent.

OPINION.

LITTLETON: The first issue is governed by the decision of the Board in *Dorothy Payne Whitney Straight*, 7 B. T. A. 177, and the decision of the District Court for the Southern District of New York in *Bankers' Trust Co.*, v. *Bowers*, 23 Fed. (2d) 941.

The Commissioner erred in refusing to allow as a deduction by the estate the inheritance tax paid to the State of New Jersey. *Keith* v. *Johnson*, 271 U. S. 1; *Blanche O'Brien et al., Executors*, 10 B. T. A. 682.

> *Judgment will be entered on 15 days' notice, under Rule 50.*